IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL, #13965-052                                                  PETITIONER

VERSUS                                                CIVIL ACTION NO. 5:09cv138-DCB-MTP

BRUCE PEARSON, Warden                                        RESPONDENT

**FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   18th   day of November, 2009.

                                               s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE